**Dismissed and Opinion Filed September 18, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01059-CR

**DENZEL JOSEPH JOHNSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82817-2023**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Smith

In this case, there is no conviction because the trial court granted the State's

Motion to Dismiss Prosecution. Generally, this Court has jurisdiction to consider

appeals by criminal defendants only after a judgment of conviction. *Wright v. State*,

969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.). Because there is no

judgment of conviction or other appealable order, we lack jurisdiction over this

appeal.

We requested the parties to file letter briefs addressing this Court's jurisdiction. Appellant's counsel filed a brief stating the notice of appeal was filed in error and agreeing that this Court does not have jurisdiction.

We dismiss this appeal for want of jurisdiction.[1]

241059f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

/Craig Smith//
CRAIG SMITH
JUSTICE

---

[1] Appellant's appeal in cause number 05-24-01019-CR remains pending before this Court.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DENZEL JOSEPH JOHNSON,
Appellant

No. 05-24-01059-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 366th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 366-82817-
2023.
Opinion delivered by Justice Smith.
Justices Pedersen, III and Garcia
participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED** for want of jurisdiction.


Judgment entered this 18th day of September, 2024.